# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2136948 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 8/11/25 | MTA 21-801.1 |

**Place of Offense:** Campus Dr

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Exceeding Posted Speed by 14MPH. 34 in 20

### DEFENDANT INFORMATION

**Last Name:** Oloyede
**First Name:** Ademola

**Street Address:** [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5FR4693 | MD | 20 | Chev/Equ | | BLK |

A ☐ **APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

B ☒ **APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Dr
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature:** [signed]

Original - CVB Copy

*E2136948*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 Aug, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland.

While sitting stationary in front of building 1540 on the corner of Campus and Porter, I witnessed a black in color SUV bearing MD reg # 5FR4639 take off going 34 MPH in a 20 zone on Campus Dr. A Meeters return confirmed the Reg was suspended, There was no insurance and the tags had a pick up order. The driver Ademola Oloyede handed me his MD DL bearing MD-102736 83876. He came back clear and valid. The tags were removed from the vehicle and the driver was given a CVB for his speed.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/11/2025 [signed]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident